UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Chad Wilson, et al.,

    Plaintiffs,

    v.                                     Case No. 2:13–cv–1231

Erica Lynn Brachfeld et al.,             Judge Michael H. Watson

    Defendants.

## ORDER

On July 17, 2014, United States Magistrate Judge Abel issued a Report and Recommendation ("R&R") concerning the disposition of Plaintiffs' motion for default judgment in this Fair Debt Collection Practices Act case. ECF No. 19. The R&R recommended granting default judgment and outlined the amount of damages owed. *Id.* at 4.

The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). *Id.* at 5. The R&R further specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting the R&R. *Id.* The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the Report and Recommendation is **ADOPTED**. The Clerk shall enter default judgment against Defendants as outlined in the R&R.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**