**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

Chad Wilson, *et al.*,

    Plaintiffs,

    V                        Case No. 2:13cv1231

Erica Lynn Brachfeld, *et al.*,    Judge Michael H. Watson

    Defendants.

## DEFAULT JUDGMENT

Plaintiff's motion for default judgment is granted and it is ordered:

    Each Defendant is liable to each Plaintiff in the amount of $1,000 in statutory damages under the FDCPA and in the amount of $10,000 for actual damages under the FDCPA. Each Defendant is found liable to the Plaintiffs in the amount of $200 in statutory damages under the CSPA and liable for noneconomic damages of $5,000 to each Plaintiff. Defendants are found liable to Plaintiffs for violations of the TCPA in the amount of $9,000. Plaintiffs are also entitled to recover interest, costs, and attorney fees, Plaintiffs are awarded $4317.50 in attorney fees and $400 in costs, for a total amount of $4717.50, which amount is found to be fair and reasonable. Plaintiffs are awarded from Defendants, jointly and severally, the sum of $45,917.50, plus statutory interest from the date of judgment.

Date: August 11, 2014

JOHN HEHMAN, CLERK

By: *[signature]*
Courtroom Deputy